**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  WYZARD, JOSHUA S                                      § Case No. 16-80215
        WYZARD, MELISSA A                                     §
                                                              §
Debtor(s)                                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $255,673.00                  Assets Exempt: $94,529.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,879.75     Claims Discharged
                                               Without Payment: $58,532.77

Total Expenses of Administration: $1,013.25

3) Total gross receipts of $ 3,893.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,893.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $155,477.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,013.25 | 1,013.25 | 1,013.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,907.00 | 17,288.52 | 17,288.52 | 2,879.75 |
| **TOTAL DISBURSEMENTS** | $214,384.00 | $18,301.77 | $18,301.77 | $3,893.00 |

4) This case was originally filed under Chapter 7 on January 31, 2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2016          By: /s/JAMES E. STEVENS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1224-000 | 3,893.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,893.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Talamore Assc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 155,477.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$155,477.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 973.25 | 973.25 | 973.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,013.25 | $1,013.25 | $1,013.25 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 693.82 | 693.82 | 115.57 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 695.58 | 695.58 | 115.86 |
| 3 | Capital One Auto Finance | 7100-000 | 3,508.00 | 4,365.05 | 4,365.05 | 727.09 |
| 4 | Navient Solutions, Inc. | 7100-000 | 6,880.00 | 6,625.25 | 6,625.25 | 1,103.57 |
| 5 | Midland Funding LLC | 7100-000 | 1,102.00 | 1,101.78 | 1,101.78 | 183.52 |
| 6 | Capital One NA | 7100-000 | 349.00 | 315.19 | 315.19 | 52.50 |
| 7 | Capital One NA | 7100-000 | N/A | 91.24 | 91.24 | 15.20 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 1,249.00 | 1,816.65 | 1,816.65 | 302.60 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 1,695.00 | 1,583.96 | 1,583.96 | 263.84 |
| NOTFILED | First Premier Bank | 7100-000 | 477.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jb Robinson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Niu Employees Cu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Sim Financial Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 7,052.00 | N/A | N/A | 0.00 |
| NOTFILED | Dovenmuehle Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 6,981.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 3,953.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 4,966.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 2,942.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 2,947.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Lie | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sim Financial Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Limited/WFNNB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellsfargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Banana Republic | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Banana Republic | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/vctrssec | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sim Financial Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/home Design Furn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/jewelry Exchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Banana Republic | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/sleepys | 7100-000 | 1,623.00 | N/A | N/A | 0.00 |
| NOTFILED | Sim Financial Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Harlem Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cap1/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/anntylr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Ann Taylor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/carsons | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Express | 7100-000 | 461.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Maurices | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 11,957.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/vctrssec | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $58,907.00 | $17,288.52 | $17,288.52 | $2,879.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80215  
**Case Name:** WYZARD, JOSHUA S  
WYZARD, MELISSA A  
**Period Ending:** 11/17/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/31/16 (f)  
**§341(a) Meeting Date:** 03/24/16  
**Claims Bar Date:** 07/14/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Income Tax Refund (u) | 3,893.00 | 3,893.00 | | 3,893.00 | FA |
| 2 | 8972 Disbrow Street, Huntley, IL | 177,522.00 | 0.00 | | 0.00 | FA |
| 3 | 2005 Toyota Camry | 3,767.00 | 0.00 | | 0.00 | FA |
| 4 | 2007 Toyota Camry | 4,452.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Household Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Pieces | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Chase Checking | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Chase Savings | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Chase Checking | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | 403b with State of Illinois | 59,732.00 | 0.00 | | 0.00 | FA |
| 12 | Assets  Totals (Excluding unknown values) | **$259,566.00** | **$3,893.00** | | **$3,893.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 1, 2016          **Current Projected Date Of Final Report (TFR):**     August 27, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-80215  
**Case Name:** WYZARD, JOSHUA S  
WYZARD, MELISSA A  
**Taxpayer ID #:** **-***3539  
**Period Ending:** 11/17/16

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/11/16 | {1} | Melissa A. Wyzard | tax refund | 1224-000 | 3,893.00 | | 3,893.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,883.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,873.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,863.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,853.00 |
| 10/06/16 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $973.25, Trustee Compensation; Reference: | 2100-000 | | 973.25 | 2,879.75 |
| 10/06/16 | 102 | Capital One Auto Finance | Dividend paid 16.65% on $4,365.05; Claim# 3; Filed: $4,365.05; Reference: | 7100-000 | | 727.09 | 2,152.66 |
| 10/06/16 | 103 | Navient Solutions, Inc. | Dividend paid 16.65% on $6,625.25; Claim# 4; Filed: $6,625.25; Reference: | 7100-000 | | 1,103.57 | 1,049.09 |
| 10/06/16 | 104 | Midland Funding LLC | Dividend paid 16.65% on $1,101.78; Claim# 5; Filed: $1,101.78; Reference: | 7100-000 | | 183.52 | 865.57 |
| 10/06/16 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 16.65% on $1,816.65; Claim# 8; Filed: $1,816.65; Reference: | 7100-000 | | 302.60 | 562.97 |
| 10/06/16 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 16.65% on $1,583.96; Claim# 9; Filed: $1,583.96; Reference: | 7100-000 | | 263.84 | 299.13 |
| 10/06/16 | 107 | Capital One NA | Combined Check for Claims#6,7 | | | 67.70 | 231.43 |
| | | | Dividend paid 16.65%     52.50 on $315.19; Claim# 6; Filed: $315.19 | 7100-000 | | | 231.43 |
| | | | Dividend paid 16.65%     15.20 on $91.24; Claim# 7; Filed: $91.24 | 7100-000 | | | 231.43 |
| 10/06/16 | 108 | Quantum3 Group LLC as agent for | Combined Check for Claims#1,2 | | | 231.43 | 0.00 |
| | | | Dividend paid 16.65%    115.57 on $693.82; Claim# 1; Filed: $693.82 | 7100-000 | | | 0.00 |
| | | | Dividend paid 16.65%    115.86 on $695.58; Claim# 2; Filed: $695.58 | 7100-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 3,893.00 | 3,893.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | 3,893.00 | 3,893.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$3,893.00** | **$3,893.00** | |

{} Asset reference(s)

Printed: 11/17/2016 10:03 AM     V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-80215 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | WYZARD, JOSHUA S | | **Bank Name:** | Rabobank, N.A. |
| | WYZARD, MELISSA A | | **Account:** | ******8366 - Checking Account |
| **Taxpayer ID #:** | **-***3539 | | **Blanket Bond:** | $6,620,000.00   (per case limit) |
| **Period Ending:** | 11/17/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8366** | 3,893.00 | 3,893.00 | 0.00 |
| | $3,893.00 | $3,893.00 | $0.00 |